IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AMANDA MOSES-BASNEY,

      Appellant,

 v.

PROGRESSIVE AMERICAN
INSURANCE COMPANY,

      Appellee.

_____/

Case No.    5D21-3178
LT Case No. 2018-CA-0907

Decision filed January 17, 2023

Appeal from the Circuit Court
for Marion County,
Robert Hodges, Judge.

Jeffrey V. Mansell and Philip M.
Burlington, of Burlington & Rockenbach,
P.A., West Palm Beach, and Daniel L.
Hightower, of Daniel L. Hightower, P.A.,
Ocala, for Appellant.

Brooke M. Gaffney and Jeffrey E.
Bigman, of Smith Bigman Brock,
P.A., Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., WALLIS and EDWARDS, JJ., concur.